*Keenan, J*

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Jay B. Kasner
Scott D. Musoff
Four Times Square
New York, New York 10036
(212) 735-3000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-21-07
```

Attorneys for Defendants Merrill Lynch & Co., Inc.
and Merrill Lynch, Pierce, Fenner & Smith Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RONALD VENTURA,                                :

                Plaintiff,         :       07 Civ. 6677(JFK)

        -against-                              :
                                                                            STIPULATION AND ORDER
MERRILL LYNCH & CO., INC., MERRILL             :
LYNCH, PIERCE, FENNER & SMITH, INC.,
and HENRY BLODGET,                             :

                Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties hereto that defendants' time to answer, move or otherwise respond to the complaint is extended to and including October 1, 2007. Defendants' time to answer, move or otherwise respond currently expires August 20, 2007 and no previous request for an extension of time has been made.

Dated:   New York, New York
         August 16, 2007

*[signature: Christopher J. Gray]*

Christopher J. Gray
LAW OFFICE OF CHRISTOPHER J.
GRAY, P.C.
460 Park Avenue, 21st Floor
New York, New York 10022
(212) 838-3221

Attorneys for Plaintiff

*[signature: Jay B. Kasner]*

Jay B. Kasner
Scott D. Musoff
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants Merrill Lynch &
Co., Inc. and Merrill Lynch, Pierce, Fenner
& Smith Incorporated

*[signature: Marc B. Dorfman]*

Marc B. Dorfman
FOLEY & LARDNER LLP
3000 K Street, N.W.
Suite 500
Washington, D.C. 20007

(202) 295-4007

Attorneys for Defendant Henry Blodget

SO ORDERED:

*[signature: John F. Keenan]*
                U.S.D.J.

DATED:  August 21, 2007

2