UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RONALD VENTURA,                                  :

                   Plaintiff,         :   07 Civ. 6677(JFK)

-against-                                        :
                                                           STIPULATION AND ORDER

MERRILL LYNCH & CO., INC., MERRILL              :
LYNCH, PIERCE, FENNER & SMITH, INC.,
and HENRY BLODGET,                              :

                Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-19-07

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties hereto that plaintiff's time to respond to defendants' motion to dismiss is extended until and including October 29, 2007. Defendants' time to serve any reply papers is extended until and including November 19, 2007. No previous request for an extension of time for these dates has been made.

Dated:    New York, New York
          October 10, 2007

_____
Christopher J. Gray
LAW OFFICE OF CHRISTOPHER J.
GRAY, P.C.
460 Park Avenue, 21st Floor
New York, New York 10022
(212) 838-3221

Attorneys for Plaintiff

_____
Jay B. Kasner
Scott D. Musoff
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants Merrill Lynch &
Co., Inc. and Merrill Lynch, Pierce, Fenner
& Smith Incorporated

_____
Marc B. Dorfman
FOLEY & LARDNER LLP
3000 K Street, N.W.
Suite 500
Washington, D.C. 20007

(202) 295-4007

Attorneys for Defendant Henry Blodget

SO ORDERED:

_____
U.S.D.J.

DATED:   October 19, 2007