CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on October 1, 2007, I caused a true copy of the

- *Notice of Motion to Dismiss the Complaint,*

- *Memorandum of Law of Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated in Support of Their Motion to Dismiss the Complaint,*

- *Declaration of Scott D. Musoff in Support of Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated's Motion to Dismiss the Complaint executed on October 1, 2007 with the exhibits annexed thereto,*

- *Compendium of Unreported Cases*

to be served upon the following party in the manner indicated:

By Hand Delivery

Christopher J. Gray
Law Office of Christopher J. Gray
460 Park Avenue
New York, NY 10022

By Federal Express, overnight delivery

Marc B. Dorfman
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007


Dated: New York, New York
       October 1, 2007

_____
Steven Ray Katzenstein