# Exhibit 2

**RONALD VENTURA**
**2121 Avalon Drive West**
**New Canaan, CT 06840**

May 18, 2007

Merrill Lynch Litigation Settlement
c/o Analytics, Inc. Claims Administrator
P.O. Box 2004
Chanhassen, MN 55317-2004

Dear Sir or Madam:

    Please be advised that I wish to be excluded from the CMGI Class in the above-referenced matter, and hereby opt out of the Class.

    My address is set forth above. My telephone number is (203) 667-8030.

    I transacted in shares of CMGI at relevant times as set forth on the enclosed schedule.

    Please let me know if you have any questions concerning the foregoing. Thank you very much.

Very truly yours,

*[signature]*

RONALD VENTURA

RONALD VENTURA TRADING IN CMGI

| NAME | PURCHASE | | | | | SALE | | | | | COMMENTS | CUMULATIVE POSITION | PROFIT/LOSSES PRINCIPAL P/L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | DATE | # OF SHARE | UNIT PRICE | AMOUNT | | | | |
| CMGI | 03/11/99 | 100 | 185.50 | 18,559.00 | | | | | | | | 100 | |
| | 03/11/99 | 1000 | 185.50 | 185,590.00 | | | | | | | | 1100 | |
| | 03/11/99 | 2500 | 184.63 | 461,792.85 | | | | | | | | 3600 | |
| | 03/11/99 | 490 | 185.50 | 90,939.10 | | | | | | | | 4090 | |
| | 03/11/99 | 300 | 185.50 | 55,677.00 | | | | | | | | 4390 | |
| | 03/11/99 | 300 | 185.50 | 55,677.00 | | | | | | | | 4690 | |
| | 03/11/99 | 155 | 185.50 | 28,766.45 | | | | | | | | 4845 | |
| | 03/11/99 | 155 | 185.50 | 28,766.45 | | | | | | | | 5000 | |
| | 03/11/99 | 2500 | 184.13 | 460,692.00 | | | | | | | | 7500 | |
| | 03/11/99 | 2500 | 189.00 | 472,875.00 | | | | | | | | 10000 | |
| | 03/12/99 | 3000 | 192.75 | 578,525.36 | | | | | | | | 13000 | |
| | 03/12/99 | 2000 | 191.56 | 383,385.00 | | | | | | | | 15000 | |
| | | | | | | 03/12/99 | 3000 | 198.75 | 595,854.77 | | | 12000 | |
| | | | | | | 03/12/99 | 1000 | 198.89 | 198,590.87 | | | 11000 | |
| | | | | | | 03/12/99 | 1000 | 198.69 | 198,590.87 | | | 10000 | |
| | | | | | | 03/12/99 | 1500 | 197.75 | 296,385.61 | | | 8500 | |
| | | | | | | 03/12/99 | 1000 | 197.75 | 197,593.40 | | | 7500 | |
| | | | | | | 03/12/99 | 2500 | 192.00 | 480,379.50 | | | 5000 | |
| | | | | | | 03/16/99 | 5000 | 183.00 | 914,514.15 | | | 0 | |
| | 03/17/99 | 50 | 174.00 | 8,755.35 | | | | | | | | 50 | |
| | 03/17/99 | 50 | 173.88 | 8,749.10 | | | | | | | | 100 | |
| | 03/18/99 | 1500 | 183.75 | 275,765.35 | | | | | | | | 1600 | |
| | | | | | | 03/18/99 | 1500 | 189.75 | 284,475.16 | | | 100 | |
| | 03/23/99 | 2000 | 202.00 | 404,185.35 | | | | | | | | 2100 | |
| | 04/20/99 | 2000 | 232.00 | 464,180.00 | | | | | | | | 4100 | |
| | 04/20/99 | 2000 | 229.75 | 459,685.35 | | | | | | | | 6100 | |
| | | | | | | 04/20/99 | 100 | 240.53 | 24,052.69 | | | 6000 | |
| | | | | | | 04/20/99 | 1900 | 240.50 | 456,758.41 | | | 4100 | |
| | | | | | | 04/23/99 | 50 | 215.00 | 10,745.14 | | | 4050 | |
| | | | | | | 04/23/99 | 100 | 215.00 | 21,490.28 | | | 3950 | |
| | | | | | | 04/23/99 | 100 | 215.00 | 21,490.28 | | | 3850 | |
| | | | | | | 04/23/99 | 100 | 215.00 | 21,490.28 | | | 3750 | |
| | | | | | | 04/23/99 | 650 | 215.00 | 139,686.84 | | | 3100 | |
| | | | | | | 04/23/99 | 500 | 215.00 | 107,451.41 | | | 2600 | |
| | | | | | | 04/23/99 | 500 | 215.00 | 107,451.41 | | | 2100 | |
| | | | | | | 04/23/99 | 2000 | 222.00 | 443,799.85 | | | 100 | |
| | 04/30/99 | 1000 | 270.00 | 270,095.35 | | | | | | | | 1100 | |
| | 05/03/99 | 1000 | 251.00 | 251,095.35 | | | | | | | | 2100 | |

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

Page 1

5/18/2007

RONALD VENTURA TRADES IN CMGI

| PURCHASE | | | | | | SALE | | | | | PROFIT/LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE | # OF SHARES | UNIT PRICE | AMOUNT | COMMENTS | DATE | # OF SHARES | UNIT PRICE | AMOUNT | COMMENTS | CUMULATIVE POSITION | PRINCIPAL P/(L) |
| | 05/03/99 | 1000 | 260.00 | 260,050.00 | | | | | | | 3100 | |
| | | | | | | 05/03/99 | 1000 | 264.00 | 263,895.85 | | 2100 | |
| | 05/04/99 | 1000 | 240.50 | 240,595.35 | | | | | | | 3100 | |
| | | | | | | 05/05/99 | 1000 | 259.00 | 258,901.36 | | 2100 | |
| | | | | | | 05/05/99 | 1000 | 251.50 | 251,396.25 | | 1100 | |
| | | | | | | 05/05/99 | 500 | 252.38 | 126,138.29 | | 600 | |
| | | | | | | 05/05/99 | 500 | 252.38 | 126,138.29 | | 100 | |
| | 05/12/99 | 1000 | 222.50 | 222,595.35 | | | | | | | 1100 | |
| | 05/13/99 | 1000 | 237.94 | 238,032.85 | | | | | | | 2100 | |
| | | | | | | 05/13/99 | 1000 | 229.50 | 229,397.00 | | 1100 | |
| | | | | | | 05/14/99 | 1000 | 248.00 | 247,896.38 | | 100 | |
| | 05/17/99 | 500 | 239.06 | 119,581.60 | | | | | | | 600 | |
| | 05/17/99 | 500 | 240.00 | 120,045.00 | | | | | | | 1100 | |
| | 05/17/99 | 500 | 239.88 | 119,982.50 | | | | | | | 1600 | |
| | 05/17/99 | 300 | 240.00 | 72,027.00 | | | | | | | 1900 | |
| | 05/17/99 | 100 | 239.69 | 23,977.75 | | | | | | | 2000 | |
| | 05/17/99 | 100 | 240.00 | 24,009.00 | | | | | | | 2100 | |
| | | | | | | 05/18/99 | 1000 | 247.00 | 246,895.41 | | 1100 | |
| | | | | | | 05/18/99 | 1000 | 248.00 | 247,901.73 | | 100 | |
| | 05/18/99 | 650 | 227.00 | 147,608.50 | | | | | | | 750 | |
| | 05/19/99 | 50 | 227.00 | 11,354.50 | | | | | | | 800 | |
| | 05/19/99 | 1000 | 231.00 | 231,095.35 | | | | | | | 1800 | |
| | 05/19/99 | 300 | 227.00 | 68,127.00 | | | | | | | 2100 | |
| | | | | | | 05/19/99 | 1000 | 230.00 | 229,895.98 | | 1100 | |
| | | | | | | 05/21/99 | 1000 | 248.31 | 248,208.87 | | 100 | |
| | 05/25/99 | 1000 | 241.50 | 241,595.35 | | | | | | | 1100 | |
| | 05/25/99 | 1000 | 241.50 | 241,590.00 | | | | | | | 2100 | |
| | 05/26/99 | 1000 | 230.81 | 230,907.85 | | | | | | | 3100 | |
| | 05/26/99 | 300 | 236.63 | 71,014.50 | | | | | | | 3400 | |
| | 05/26/99 | 300 | 237.00 | 71,127.00 | | | | | | | 3700 | |
| | 05/26/99 | 200 | 237.00 | 47,418.00 | | | | | | | 3900 | |
| | 05/26/99 | 200 | 237.00 | 47,418.00 | | | | | | | 4100 | |
| | 05/27/99 | 2000 | 219.09 | 438,180.00 | | | | | | | 6100 | |
| | 05/27/99 | 2000 | 214.09 | 428,185.35 | | | | | | | 8100 | |
| | | | | | | 06/01/99 | 1000 | 201.00 | 200,868.80 | | 7100 | |
| | | | | | | 06/07/99 | 2000 | 94.00 | 187,793.73 | | 5100 | |
| | | | | | | 06/07/99 | 2000 | 93.63 | 187,043.75 | | 3100 | |
| | | | | | | 06/07/99 | 2000 | 94.49 | 188,776.80 | | 1100 | |

Page 2

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

5/18/2007

RONALD VENTURA TRADING ACCT

| PURCHASE | | | | | | SALE | | | | | CUMULATIV | PROFIT/LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | POSITION | PRINCIPAL PAID |
| | 06/15/99 | 1000 | 102.00 | 102,104.50 | | 06/07/99 | 2000 | 93.19 | 186,168.78 | | -900 | |
| | | | | | | 10/13/99 | 1000 | 109.06 | 108,954.36 | | 100 | |
| | 11/22/99 | 100 | 120.25 | 12,049.95 | | | | | | | -900 | |
| | 12/08/99 | 3900 | 190.00 | 741,024.95 | | | | | | | 3100 | |
| | 12/08/99 | 100 | 188.75 | 18,875.00 | | | | | | | 3200 | |
| | 12/08/99 | 1000 | 187.00 | 187,024.95 | | | | | | | 4200 | |
| | 12/08/99 | 600 | 187.88 | 112,749.95 | | | | | | | 4800 | |
| | 12/08/99 | 100 | 187.50 | 18,750.00 | | | | | | | 4900 | |
| | 12/08/99 | 100 | 187.25 | 18,725.00 | | | | | | | 5000 | |
| | 12/08/99 | 100 | 186.88 | 18,687.50 | | | | | | | 5100 | |
| | 12/08/99 | 100 | 186.50 | 18,650.00 | | | | | | | 5200 | |
| | 12/08/99 | 1000 | 185.75 | 185,750.00 | | | | | | | 6200 | |
| | 12/08/99 | 2000 | 185.06 | 370,125.00 | | | | | | | 8200 | |
| | 12/08/99 | 1000 | 184.50 | 184,500.00 | | | | | | | 9200 | |
| | 12/09/99 | 2700 | 191.00 | 515,724.95 | | | | | | | 11900 | |
| | 12/09/99 | 300 | 190.81 | 57,243.75 | | | | | | | 12200 | |
| | 12/09/99 | 5000 | 199.75 | 998,774.95 | | | | | | | 17200 | |
| | 12/09/99 | 5000 | 198.06 | 990,337.45 | | | | | | | 22200 | |
| | 12/13/99 | 4,000 | 195.94 | 784,154.50 | | 12/13/99 | 2900 | 209.56 | 607,706.30 | | 26200 | |
| | 12/13/99 | 1,000 | 195.00 | 195,100.00 | | 12/13/99 | 100 | 209.38 | 20,937.50 | | 27200 | |
| | 12/13/99 | 5,000 | 195.94 | 980,187.50 | | 12/13/99 | 100 | 208.81 | 20,856.30 | | 32200 | |
| | | | | | | 12/13/99 | 2900 | 208.56 | 604,831.25 | | 29300 | |
| | | | | | | 12/13/99 | 2500 | 211.63 | 529,037.55 | | 29200 | |
| | | | | | | 12/13/99 | 500 | 211.50 | 105,750.00 | | 29100 | |
| | | | | | | 12/13/99 | 3000 | 211.00 | 632,975.05 | | 26200 | |
| | 12/14/99 | 100 | 191.00 | 19,114.50 | | | | | | | 26300 | |
| | 12/14/99 | 200 | 187.00 | 37,420.00 | | | | | | | 26500 | |
| | 12/14/99 | 500 | 187.00 | 93,550.00 | | | | | | | 21000 | |
| | 12/14/99 | 300 | 187.00 | 56,130.00 | | | | | | | 21300 | |
| | 12/14/99 | 100 | 187.00 | 18,710.00 | | | | | | | 21400 | |
| | 12/14/99 | 500 | 187.00 | 93,550.00 | | | | | | | 21900 | |
| | 12/14/99 | 300 | 187.00 | 56,130.00 | | | | | | | 22200 | |
| | 12/14/99 | 200 | 187.00 | 37,420.00 | | | | | | | 22400 | |
| | 12/14/99 | 300 | 187.00 | 56,130.00 | | | | | | | 22700 | |

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

Page 3

RONALD VENN RA TRADING CASH

| NAME | PURCHASE | | | | | SALE | | | | | COMMENTS | CUMULATIVE POSITION | PROFIT/LOSSES PRINCIPAL (MI) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | DATE | # OF SHARE | UNIT PRICE | AMOUNT | | | | |
| | 12/14/99 | 200 | 187.00 | 37,420.00 | | | | | | | | 22900 | |
| | 12/14/99 | 400 | 187.00 | 74,840.00 | | | | | | | | 23300 | |
| | | | | | | 12/16/99 | 100 | 222.00 | 22,175.05 | | | 23200 | |
| | | | | | | 12/16/99 | 600 | 221.75 | 133,050.00 | | | 22600 | |
| | | | | | | 12/16/99 | 800 | 221.50 | 177,200.00 | | | 21800 | |
| | | | | | | 12/17/99 | 60 | 224.38 | 13,437.55 | | | 21740 | |
| | | | | | | 12/17/99 | 140 | 224.31 | 31,403.75 | | | 21600 | |
| | | | | | | 12/17/99 | 1200 | 224.19 | 269,025.00 | | | 20400 | |
| | | | | | | 12/17/99 | 100 | 224.00 | 22,400.00 | | | 20300 | |
| | | | | | | 12/17/99 | 100 | 225.75 | 22,550.05 | | | 20200 | |
| | | | | | | 12/17/99 | 1400 | 224.25 | 313,950.00 | | | 18800 | |
| | | | | | | 12/17/99 | 1000 | 223.88 | 223,875.00 | | | 17800 | |
| | | | | | | 12/17/99 | 500 | 220.00 | 109,975.05 | | | 17300 | |
| | | | | | | 12/17/99 | 100 | 221.63 | 22,137.55 | | | 17200 | |
| | | | | | | 12/20/99 | 4500 | 223.71 | 1,006,666.45 | | | 12700 | |
| | | | | | | 12/21/99 | 13000 | 228.06 | | | | -300 | |
| | | | | | | 02/18/00 | 5000 | 112.00 | 559,975.05 | | | -5300 | |
| | 03/03/00 | 12500 | 128.69 | ########## | | | | | | | | 7200 | |
| | 03/09/00 | 2500 | 146.43 | 366,335.75 | | | | | | | | 9700 | |
| | | | | | | 03/09/00 | 2500 | 148.96 | 372,139.33 | | | 7200 | |
| | 03/10/00 | 100 | 140.50 | 14,060.00 | | | | | | | | 7300 | |
| | 03/10/00 | 2400 | 143.92 | 345,855.99 | | | | | | | | 9700 | |
| | 03/14/00 | 5000 | 144.50 | 723,004.50 | | | | | | | | 14700 | |
| | | | | | | 03/14/00 | 2500 | 142.00 | 354,975.05 | | | 12200 | |
| | | | | | | 03/14/00 | 2500 | 141.56 | 353,881.30 | | | 9700 | |
| | | | | | | 03/14/00 | 2000 | 137.50 | 274,975.05 | | | 7700 | |
| | | | | | | 03/14/00 | 2500 | 142.73 | 356,546.10 | | | 5200 | |
| | | | | | | 03/15/00 | 2500 | 148.06 | 369,876.91 | | | 2700 | |
| | 03/15/00 | 5000 | 130.84 | 654,679.50 | | | | | | | | 7700 | |
| | | | | | | 03/17/00 | 5000 | 124.13 | 620,143.31 | | | 2700 | |
| | 03/20/00 | ###### | 119.80 | 599,479.50 | | | | | | | | 7700 | |
| | | | | | | 03/20/00 | 5000 | 120.06 | 599,787.95 | | | 2700 | |
| | 03/21/00 | 2500 | 116.00 | 290,254.50 | | | | | | | | 5200 | |
| | | | | | | 03/21/00 | 2500 | 120.04 | 299,835.49 | | | 2700 | |
| | 04/03/00 | 3000 | 106.98 | 321,248.25 | | | | | | | | 5700 | |
| | 04/05/00 | 3000 | 102.99 | 309,262.50 | | | | | | | | 8700 | |
| | | | | | | 04/05/00 | 3000 | 100.06 | 299,872.99 | | | 5700 | |
| | 04/07/00 | 3000 | 78.88 | 236,929.50 | | | | | | | | 8700 | |

Page 1

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

RCA AND CERTAIN TRADINGS IN TMH

| NAME | PURCHASE | | | | | SALE | | | | | CUMULATIVE POSITION | PROFIT/LOSSES PRINCIPAL P/L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | DATE | # OF SHARE | UNIT PRICE | AMOUNT | COMMENTS | | |
| | 04/27/00 | 2000 | 52.50 | 105,204.00 | | 04/07/00 | 4000 | 93.22 | 372,470.57 | | 4700 | |
| | 05/10/00 | 5000 | 65.00 | 325,500.00 | | | | | | | 6700 | |
| | 05/10/00 | 5000 | 65.00 | 325,500.00 | | | | | | | 11700 | |
| | 05/10/00 | 1000 | 64.81 | 64,912.50 | | | | | | | 16700 | |
| | 05/10/00 | 1000 | 64.94 | 65,037.50 | | | | | | | 17700 | |
| | 05/10/00 | 1100 | 64.75 | 71,335.00 | | | | | | | 18700 | |
| | 05/10/00 | 2800 | 65.00 | 182,280.00 | | | | | | | 19800 | |
| | 05/10/00 | 100 | 64.88 | 6,497.50 | | | | | | | 22600 | |
| | | | | | | | | | | | 22700 | |
| | | | | | | 05/19/00 | 5000 | 63.06 | 314,801.99 | | 17700 | |
| | | | | | | 05/19/00 | 5000 | 63.06 | 314,787.98 | | 12700 | |
| | | | | | | 08/02/00 | 6600 | 34.83 | 229,197.96 | | 6100 | |
| | | | | | | 08/02/00 | 1200 | 34.75 | 41,578.81 | | 4900 | |
| | | | | | | 08/02/00 | 3900 | 35.00 | 136,105.45 | | 1000 | |
| | | | | | | 08/02/00 | 10200 | 35.00 | 355,968.10 | | -9200 | |
| | | | | | | 08/02/00 | 8300 | 34.81 | 288,104.12 | | -17500 | |
| | 09/25/00 | 3500 | 36.38 | 127,666.50 | | | | | | | -14000 | |
| | 09/28/00 | 3000 | 34.25 | 103,054.00 | | | | | | | -11000 | |
| | 10/10/00 | 100 | 23.38 | 2,347.50 | | | | | | | -10900 | |
| | 10/10/00 | 1400 | 22.94 | 32,252.50 | | | | | | | -9500 | |
| | 10/10/00 | 2500 | 22.86 | 57,437.50 | | | | | | | -7000 | |
| | 10/10/00 | 1000 | 22.63 | 22,729.00 | | | | | | | -6000 | |
| | 10/10/00 | 1500 | 23.25 | 35,025.00 | | | | | | | -4500 | |
| | | | | | | 10/18/00 | 5000 | 17.00 | 84,493.16 | | -9500 | |
| | | | | | | 10/18/00 | 5000 | 17.00 | 84,497.17 | | -14500 | |
| | | | | | | 10/18/00 | 3000 | 17.00 | 50,698.30 | | -17500 | (3,086,935.91) |

SOURCE: CLIENT'S MONTHLY BROKERAGE STATEMENTS

