# Exhibit 6



**CMGI Inc.**
**Closing Price and Merrill Lynch Intermediate-Term Recommendation**
**January 22, 1999 through January 16, 2001**

Alleged Class Period: 3/23/99 - 11/14/00

**Notes and Sources:**
Stock price data from FactSet Research Systems, Inc.
Merrill Lynch recommendations from Merrill Lynch research reports.

CMGI Equity

| Date | Px Open | Px Last | Px High | Px Low |
|---|---|---|---|---|
| 3/23/1999 | 43.2344 | 41 | 43.5 | 40.75 |
| 3/24/1999 | 41.0469 | 44.0938 | 44.1563 | 40.875 |
| 3/25/1999 | 45.75 | 46.8594 | 47.25 | 45.5 |
| 3/26/1999 | 45.375 | 45.5938 | 46.375 | 45.125 |
| 3/29/1999 | 46.2813 | 46.6406 | 47.6875 | 46.0781 |
| 3/30/1999 | 47.25 | 46 | 47.8438 | 45.8125 |
| 3/31/1999 | 46.6406 | 45.7656 | 46.875 | 44.7344 |
| 4/1/1999 | 46.9375 | 46.8281 | 47.5 | 45.2813 |
| 4/5/1999 | 47.75 | 54 | 54.3125 | 47.5 |
| 4/6/1999 | 53.5781 | 57.4063 | 58.8125 | 51.875 |
| 4/7/1999 | 58.625 | 57.8438 | 60.7188 | 56.125 |
| 4/8/1999 | 58.5 | 61.625 | 64.75 | 57 |
| 4/9/1999 | 60.125 | 66.0938 | 66.5 | 60 |
| 4/12/1999 | 63.25 | 75.5 | 77 | 63.125 |
| 4/13/1999 | 76.1875 | 74.4531 | 82.5 | 73.4375 |
| 4/14/1999 | 75.6719 | 63.7813 | 77.125 | 63.75 |
| 4/15/1999 | 65.125 | 69.0625 | 71 | 55.4531 |
| 4/16/1999 | 69.875 | 65.2188 | 69.875 | 64.1875 |
| 4/19/1999 | 65.125 | 53.5 | 65.125 | 50.5 |
| 4/20/1999 | 52.4531 | 51.5 | 57.25 | 46.25 |
| 4/21/1999 | 54.1563 | 61.6875 | 62.75 | 51.5 |
| 4/22/1999 | 64.625 | 64.625 | 67.25 | 60.375 |
| 4/23/1999 | 62.5625 | 64.7188 | 66.625 | 61.5156 |
| 4/26/1999 | 67 | 70.25 | 72.6563 | 66.875 |
| 4/27/1999 | 71.75 | 67.0313 | 73.375 | 65.375 |
| 4/28/1999 | 65.375 | 62.6406 | 68.25 | 61.3906 |
| 4/29/1999 | 60.125 | 59.8438 | 62.4375 | 57.625 |
| 4/30/1999 | 63.75 | 63.6406 | 65.7813 | 59.625 |
| 5/3/1999 | 61.25 | 58.7656 | 63.25 | 58.5 |
| 5/4/1999 | 58.875 | 59.875 | 64.125 | 58.375 |
| 5/5/1999 | 60.6875 | 61.3125 | 61.5938 | 53.75 |
| 5/6/1999 | 60.7344 | 56.7813 | 62 | 56.375 |
| 5/7/1999 | 57.9375 | 55.3125 | 59.875 | 54 |
| 5/10/1999 | 57 | 59.4844 | 60.4375 | 56.2969 |
| 5/11/1999 | 61.625 | 61.1719 | 62.375 | 60 |
| 5/12/1999 | 61.8125 | 59.9375 | 62 | 59.25 |
| 5/13/1999 | 61.5 | 59.5156 | 62.4375 | 59 |
| 5/14/1999 | 58.2656 | 57.3906 | 58.625 | 55.6406 |
| 5/17/1999 | 55.875 | 62.0938 | 62.1875 | 55.875 |
| 5/18/1999 | 61.125 | 59.8594 | 64.5938 | 59.5781 |
| 5/19/1999 | 61.2344 | 61.1563 | 61.75 | 60 |
| 5/20/1999 | 60.6875 | 59.625 | 61.625 | 59.5 |
| 5/21/1999 | 59.5 | 57.9375 | 60.125 | 57.3125 |
| 5/24/1999 | 57.375 | 52.7656 | 57.375 | 52.4063 |
| 5/25/1999 | 53.3125 | 47.875 | 54.75 | 47.75 |
| 5/26/1999 | 48.5 | 50.3125 | 51.25 | 43.25 |
| 5/27/1999 | 50.3125 | 48.3438 | 51.8125 | 47.5938 |
| 5/28/1999 | 48.5 | 51.8125 | 52.2188 | 47 |
| 6/1/1999 | 50.9375 | 48.125 | 53 | 47.5 |
| 6/2/1999 | 47.4375 | 46.8125 | 50 | 42.1875 |

| Date | | | | |
|---|---|---|---|---|
| 6/3/1999 | 47.8125 | 44.5625 | 48.1875 | 44.25 |
| 6/4/1999 | 45.2188 | 47.125 | 47.375 | 44.625 |
| 6/7/1999 | 48.75 | 53.625 | 54.5 | 48.3125 |
| 6/8/1999 | 54.9688 | 52.1563 | 56.8438 | 51.75 |
| 6/9/1999 | 53.6875 | 52.625 | 54.125 | 51.125 |
| 6/10/1999 | 50.875 | 50.75 | 52 | 49.75 |
| 6/11/1999 | 47.9063 | 44.875 | 48.25 | 44.0938 |
| 6/14/1999 | 43.75 | 37.7188 | 43.875 | 37.5 |
| 6/15/1999 | 37.125 | 38.5 | 40.9375 | 35.75 |
| 6/16/1999 | 41.5 | 46.5625 | 46.75 | 41 |
| 6/17/1999 | 46.8125 | 48.25 | 52.4688 | 45.0625 |
| 6/18/1999 | 49.25 | 49.75 | 51 | 48.75 |
| 6/21/1999 | 50.375 | 51.5 | 52.4375 | 49.125 |
| 6/22/1999 | 50.5 | 47.4688 | 51.6875 | 46 |
| 6/23/1999 | 46 | 49.4688 | 49.6875 | 45.5 |
| 6/24/1999 | 50.8125 | 48.25 | 51 | 48 |
| 6/25/1999 | 48.875 | 47.125 | 49.25 | 45.7813 |
| 6/28/1999 | 47.5625 | 48.8438 | 49.1875 | 44.3125 |
| 6/29/1999 | 49.5 | 55.1563 | 56.625 | 47 |
| 6/30/1999 | 56.75 | 57.0313 | 60.25 | 55.75 |
| 7/1/1999 | 57.4375 | 56.0313 | 58.25 | 54.3125 |
| 7/2/1999 | 56.875 | 57.1875 | 57.875 | 55.9688 |
| 7/6/1999 | 59.25 | 58.7813 | 63 | 57.75 |
| 7/7/1999 | 59.5313 | 59 | 60.5938 | 57.7813 |
| 7/8/1999 | 60.5 | 59.9375 | 61.875 | 59.5156 |
| 7/9/1999 | 60.875 | 60.5 | 61.25 | 59.5 |
| 7/12/1999 | 60.5 | 56.4063 | 60.5313 | 56.1563 |
| 7/13/1999 | 54.25 | 56.9375 | 57.6563 | 53.75 |
| 7/14/1999 | 58 | 55.9063 | 58.3125 | 55.3438 |
| 7/15/1999 | 56.375 | 56.125 | 56.75 | 55.4375 |
| 7/16/1999 | 55.5625 | 54.6563 | 56.5313 | 54.5625 |
| 7/19/1999 | 54 | 50.75 | 54.3125 | 50.625 |
| 7/20/1999 | 50.25 | 48.7813 | 52.375 | 48.6875 |
| 7/21/1999 | 49.5 | 50.9063 | 52.0625 | 49.25 |
| 7/22/1999 | 49.75 | 48.3125 | 50.125 | 48.125 |
| 7/23/1999 | 49.5625 | 48.5938 | 50.25 | 48.4688 |
| 7/26/1999 | 47.6875 | 44.375 | 48.375 | 44.3125 |
| 7/27/1999 | 46.0938 | 45.125 | 47 | 44.875 |
| 7/28/1999 | 45.6563 | 49.0625 | 49.25 | 44.8438 |
| 7/29/1999 | 47.375 | 46.75 | 47.6875 | 45.5938 |
| 7/30/1999 | 47.4375 | 46.0938 | 47.9375 | 45.2188 |
| 8/2/1999 | 45.125 | 44.1563 | 47 | 44.125 |
| 8/3/1999 | 45.2188 | 40.9375 | 45.3125 | 40.25 |
| 8/4/1999 | 41 | 38 | 41.7188 | 37.5625 |
| 8/5/1999 | 37.1875 | 39.9688 | 40.625 | 33.125 |
| 8/6/1999 | 40.25 | 38.5 | 42.1875 | 38.0313 |
| 8/9/1999 | 39.4063 | 36.625 | 39.4375 | 36.125 |
| 8/10/1999 | 36.5 | 38.0938 | 38.8125 | 34.125 |
| 8/11/1999 | 39.375 | 37.7813 | 39.5 | 35.875 |
| 8/12/1999 | 38.4688 | 38.4688 | 40.125 | 37.5938 |
| 8/13/1999 | 40 | 40.75 | 41.5 | 39.75 |
| 8/16/1999 | 41.625 | 41.0625 | 42 | 40.3125 |

| Date | | | | |
|---|---|---|---|---|
| 8/17/1999 | 42.0625 | 41.8438 | 42.8125 | 41.25 |
| 8/18/1999 | 42.5938 | 42.6563 | 44.9375 | 42.4063 |
| 8/19/1999 | 41.5 | 39.375 | 42.3125 | 39.125 |
| 8/20/1999 | 39.8672 | 39.9688 | 40.6875 | 39.2813 |
| 8/23/1999 | 41.875 | 41.4688 | 42.1875 | 41.0313 |
| 8/24/1999 | 41.125 | 40.9688 | 44.125 | 40.7813 |
| 8/25/1999 | 41.6563 | 42.4688 | 43 | 40.9688 |
| 8/26/1999 | 42.875 | 43.6563 | 46.5 | 42.75 |
| 8/27/1999 | 45.1875 | 43.5625 | 45.25 | 42.5 |
| 8/30/1999 | 43.7188 | 40.9063 | 44 | 40.625 |
| 8/31/1999 | 40.875 | 41.9688 | 42.2578 | 39.25 |
| 9/1/1999 | 42.8438 | 40.4375 | 42.875 | 40 |
| 9/2/1999 | 39.3125 | 40.0625 | 40.8125 | 39 |
| 9/3/1999 | 42.1875 | 43.125 | 43.1875 | 41.625 |
| 9/7/1999 | 42.625 | 42.9375 | 44 | 42.4375 |
| 9/8/1999 | 42.4375 | 41.125 | 43.25 | 41 |
| 9/9/1999 | 41.9688 | 43.6875 | 43.75 | 41.5 |
| 9/10/1999 | 44.8438 | 44.9375 | 45.6875 | 43.5 |
| 9/13/1999 | 44.0625 | 42.125 | 44.25 | 42 |
| 9/14/1999 | 41.9375 | 42.9688 | 44.0625 | 41.8125 |
| 9/15/1999 | 43.9375 | 42.75 | 44.3438 | 42.5 |
| 9/16/1999 | 42.7188 | 40.8438 | 42.7422 | 40.5 |
| 9/17/1999 | 41.5 | 40 | 41.8125 | 39.75 |
| 9/20/1999 | 40.0625 | 41.7188 | 41.9688 | 39.7188 |
| 9/21/1999 | 41 | 40.0625 | 42 | 40.0313 |
| 9/22/1999 | 40.5625 | 41.4063 | 42.125 | 40.0313 |
| 9/23/1999 | 42.5313 | 40.875 | 44.0625 | 40.875 |
| 9/24/1999 | 40.9375 | 42.4063 | 43.5 | 40.6875 |
| 9/27/1999 | 44.5 | 46.5625 | 47.4063 | 44.375 |
| 9/28/1999 | 49 | 48.9688 | 49.25 | 46.625 |
| 9/29/1999 | 48.875 | 50.1563 | 52.0938 | 48 |
| 9/30/1999 | 50.625 | 51.25 | 52.1875 | 50.1875 |
| 10/1/1999 | 51.25 | 49.5938 | 51.25 | 48.1563 |
| 10/4/1999 | 50.4063 | 49.75 | 50.75 | 48.6563 |
| 10/5/1999 | 50 | 50.2188 | 51.125 | 49 |
| 10/6/1999 | 50.8125 | 52.8438 | 53.0625 | 50.5 |
| 10/7/1999 | 54.5625 | 56.8125 | 57.5938 | 53.3125 |
| 10/8/1999 | 55.75 | 56.25 | 56.75 | 54 |
| 10/11/1999 | 56 | 54.8125 | 56.2813 | 54.25 |
| 10/12/1999 | 54.4375 | 51.9063 | 54.5 | 51.5 |
| 10/13/1999 | 50 | 50 | 52.875 | 49.375 |
| 10/14/1999 | 50.8125 | 52.125 | 52.2344 | 49.25 |
| 10/15/1999 | 48.5625 | 48.9063 | 49.875 | 48 |
| 10/18/1999 | 48.625 | 47.1563 | 49.75 | 45.1875 |
| 10/19/1999 | 49.1875 | 48.5 | 49.5625 | 48 |
| 10/20/1999 | 49.625 | 51.25 | 51.25 | 48.75 |
| 10/21/1999 | 49.5 | 51.2188 | 51.375 | 49.0938 |
| 10/22/1999 | 52.4375 | 51.5625 | 53.1094 | 51.4688 |
| 10/25/1999 | 50.75 | 53.625 | 54.875 | 50.5625 |
| 10/26/1999 | 54.3125 | 51.7813 | 54.6875 | 51.75 |
| 10/27/1999 | 51.2813 | 51.6563 | 51.6875 | 50 |
| 10/28/1999 | 52.0938 | 52.4375 | 53.375 | 51.3125 |

| Date | | | | |
|---|---|---|---|---|
| 10/29/1999 | 54.2813 | 54.7188 | 54.9688 | 53.625 |
| 11/1/1999 | 54.9375 | 53.1875 | 55 | 53.1875 |
| 11/2/1999 | 54.2188 | 51.25 | 54.25 | 50.625 |
| 11/3/1999 | 52.125 | 51.9375 | 52.25 | 51.25 |
| 11/4/1999 | 53 | 52.2188 | 53.5 | 51.75 |
| 11/5/1999 | 53.5 | 52.5 | 53.9375 | 51.875 |
| 11/8/1999 | 51.4375 | 52.125 | 52.5625 | 51.25 |
| 11/9/1999 | 52.875 | 51.9688 | 53.625 | 51.6563 |
| 11/10/1999 | 51.0625 | 51.5 | 53.625 | 50.8125 |
| 11/11/1999 | 52.4375 | 50.0625 | 52.6875 | 49.75 |
| 11/12/1999 | 50.375 | 50.75 | 50.9688 | 48.0938 |
| 11/15/1999 | 50.375 | 50.625 | 51.6563 | 50.3438 |
| 11/16/1999 | 51.3125 | 51.875 | 52.125 | 50.7188 |
| 11/17/1999 | 57.75 | 62.375 | 64.4063 | 57.375 |
| 11/18/1999 | 65.0625 | 63.0313 | 67.625 | 62.875 |
| 11/19/1999 | 63.25 | 62.4375 | 63.5 | 59.5 |
| 11/22/1999 | 64.6875 | 71.625 | 72.5 | 63.5 |
| 11/23/1999 | 71 | 68.7813 | 72.1875 | 66.5 |
| 11/24/1999 | 68.2813 | 71.8125 | 72.1875 | 67.9063 |
| 11/26/1999 | 72.75 | 73.3125 | 75 | 72 |
| 11/29/1999 | 76 | 77.75 | 85.375 | 75.75 |
| 11/30/1999 | 76.25 | 73.6563 | 79.25 | 72.25 |
| 12/1/1999 | 74.5 | 74.75 | 76.75 | 72.3125 |
| 12/2/1999 | 74.3125 | 78.0625 | 78.9375 | 74.0313 |
| 12/3/1999 | 81 | 80.0313 | 82.5078 | 78.6563 |
| 12/6/1999 | 81.9375 | 84 | 86 | 80.4063 |
| 12/7/1999 | 87.4688 | 89.0313 | 89.4688 | 84.875 |
| 12/8/1999 | 88.625 | 94.5313 | 98.1875 | 86.875 |
| 12/9/1999 | 99.75 | 98.875 | 102 | 87.75 |
| 12/10/1999 | 99.5 | 97.0313 | 99.9375 | 95 |
| 12/13/1999 | 97.25 | 105.9375 | 106.75 | 95.3125 |
| 12/14/1999 | 109.25 | 102.875 | 113.0625 | 101.75 |
| 12/15/1999 | 98.2813 | 99.875 | 107.5 | 95.25 |
| 12/16/1999 | 118.5 | 110.7813 | 120 | 110.5 |
| 12/17/1999 | 114.5 | 105.9063 | 114.5 | 105.3125 |
| 12/20/1999 | 110 | 111.0938 | 112.2188 | 108.1563 |
| 12/21/1999 | 116.5 | 135.125 | 135.6875 | 116 |
| 12/22/1999 | 137.8047 | 137.6875 | 142.625 | 127 |
| 12/23/1999 | 138.6875 | 135.4063 | 140.9688 | 133.75 |
| 12/27/1999 | 135 | 139.0625 | 142 | 123 |
| 12/28/1999 | 138.4375 | 134.0313 | 138.4375 | 132.9688 |
| 12/29/1999 | 133.5 | 137.9063 | 141.4688 | 131.0625 |
| 12/30/1999 | 140.5 | 134.4063 | 144 | 134.125 |
| 12/31/1999 | 135.25 | 138.4375 | 141.0625 | 131.625 |
| 1/3/2000 | 146.125 | 163.2188 | 163.5 | 142 |
| 1/4/2000 | 155.3125 | 146.875 | 162.5 | 146.75 |
| 1/5/2000 | 142.625 | 141.5 | 150.5313 | 124.3125 |
| 1/6/2000 | 137.9375 | 125.125 | 144.4922 | 124.625 |
| 1/7/2000 | 121.5 | 137.5 | 137.8438 | 121.5 |
| 1/10/2000 | 147.9922 | 153.25 | 158.125 | 143.4063 |
| 1/11/2000 | 147.5 | 137 | 151.5 | 135 |
| 1/12/2000 | 138.25 | 123 | 140 | 122.75 |

| Date | | | | |
|---|---|---|---|---|
| 1/13/2000 | 130 | 129.75 | 134 | 123.75 |
| 1/14/2000 | 134.875 | 121.9375 | 135 | 119.0625 |
| 1/18/2000 | 118.4844 | 116.3125 | 119.75 | 112.5 |
| 1/19/2000 | 114.0625 | 122.375 | 123.25 | 112.5 |
| 1/20/2000 | 127.375 | 120.5625 | 128 | 119.5 |
| 1/21/2000 | 125 | 118.25 | 125.0156 | 117.25 |
| 1/24/2000 | 120 | 110.625 | 121 | 107.0625 |
| 1/25/2000 | 112 | 114.4375 | 115 | 106.75 |
| 1/26/2000 | 113.4688 | 111 | 114 | 109.75 |
| 1/27/2000 | 112 | 112.25 | 116 | 107.125 |
| 1/28/2000 | 110.6875 | 105.5 | 112 | 103.875 |
| 1/31/2000 | 102.5 | 112.5625 | 113.625 | 100 |
| 2/1/2000 | 112.6875 | 115.4375 | 116.625 | 109.25 |
| 2/2/2000 | 118.25 | 119.5 | 121.1875 | 114 |
| 2/3/2000 | 124.2656 | 124.5 | 125 | 118.4375 |
| 2/4/2000 | 125.125 | 118.5625 | 126.75 | 116.375 |
| 2/7/2000 | 119.875 | 119.9375 | 120.75 | 115 |
| 2/8/2000 | 121.9375 | 125.375 | 125.75 | 121.3125 |
| 2/9/2000 | 125.5 | 120.5 | 126.3125 | 120 |
| 2/10/2000 | 119.75 | 117.8125 | 121.125 | 114.125 |
| 2/11/2000 | 117.6875 | 112.0625 | 117.75 | 111.5 |
| 2/14/2000 | 115.25 | 115.5 | 117.375 | 112 |
| 2/15/2000 | 116.625 | 115.3594 | 116.75 | 110.0625 |
| 2/16/2000 | 114.8125 | 110.625 | 115 | 110.4375 |
| 2/17/2000 | 113.125 | 112.5 | 113.25 | 110 |
| 2/18/2000 | 113.25 | 108.375 | 113.2656 | 108 |
| 2/22/2000 | 107.375 | 104.75 | 108 | 102 |
| 2/23/2000 | 106.0625 | 120.1875 | 120.3125 | 105.625 |
| 2/24/2000 | 119.125 | 119.375 | 122.25 | 113.5 |
| 2/25/2000 | 118 | 117.5 | 119.75 | 114.375 |
| 2/28/2000 | 116 | 116.375 | 119.5 | 111.25 |
| 2/29/2000 | 119.75 | 129.5625 | 131 | 115.5 |
| 3/1/2000 | 128.75 | 127.6875 | 130.125 | 124 |
| 3/2/2000 | 127.75 | 124 | 130 | 122 |
| 3/3/2000 | 127.625 | 134.0625 | 135.375 | 125.25 |
| 3/6/2000 | 139.4375 | 147 | 150 | 138.75 |
| 3/7/2000 | 151.5 | 140 | 151.5 | 137 |
| 3/8/2000 | 142.375 | 138.5 | 143 | 129 |
| 3/9/2000 | 141.0625 | 145.375 | 148 | 135.5 |
| 3/10/2000 | 149 | 136.4375 | 149.625 | 135.4375 |
| 3/13/2000 | 128.625 | 132.25 | 137 | 125.5625 |
| 3/14/2000 | 133.5 | 123.875 | 133.75 | 123.5 |
| 3/15/2000 | 124.8125 | 121.375 | 124.875 | 118 |
| 3/16/2000 | 122.75 | 124.1875 | 125.375 | 114.75 |
| 3/17/2000 | 122.25 | 120.375 | 124.375 | 120 |
| 3/20/2000 | 119.5 | 114.25 | 120 | 112.25 |
| 3/21/2000 | 113 | 124 | 124.625 | 110 |
| 3/22/2000 | 124.25 | 126.75 | 129.75 | 121.5625 |
| 3/23/2000 | 124.625 | 121.9531 | 126.5 | 120.25 |
| 3/24/2000 | 122.5 | 121.3125 | 126.5 | 117.5 |
| 3/27/2000 | 118.125 | 116.25 | 121.25 | 116 |
| 3/28/2000 | 116 | 114.3125 | 121 | 114.125 |

| Date | | | | |
|---|---|---|---|---|
| 3/29/2000 | 116.0625 | 111.8125 | 117 | 110.5625 |
| 3/30/2000 | 107.9844 | 109.625 | 112.5 | 105 |
| 3/31/2000 | 110.875 | 113.3125 | 113.5 | 101 |
| 4/3/2000 | 109.875 | 100 | 109.9375 | 100 |
| 4/4/2000 | 100.8125 | 89 | 102 | 70 |
| 4/5/2000 | 85.4375 | 85.375 | 92.375 | 83.125 |
| 4/6/2000 | 89 | 88.9375 | 93 | 86 |
| 4/7/2000 | 93.5 | 93.75 | 93.875 | 90.5 |
| 4/10/2000 | 95.125 | 83.9375 | 95.3125 | 83.8125 |
| 4/11/2000 | 80.9375 | 79.1875 | 83.5 | 77.5 |
| 4/12/2000 | 80.25 | 70.4375 | 82 | 70.25 |
| 4/13/2000 | 72.9375 | 66.25 | 75.875 | 66 |
| 4/14/2000 | 62.9844 | 52.0625 | 74.5 | 50 |
| 4/17/2000 | 49.5 | 65 | 65 | 49.375 |
| 4/18/2000 | 66.25 | 65.875 | 69.375 | 62 |
| 4/19/2000 | 68 | 60.4375 | 68 | 60 |
| 4/20/2000 | 61.5625 | 57.6875 | 62.125 | 55 |
| 4/24/2000 | 53.5 | 52.5 | 53.9375 | 50.4688 |
| 4/25/2000 | 56 | 61.9375 | 62.5 | 54.5 |
| 4/26/2000 | 63 | 58 | 65 | 57.75 |
| 4/27/2000 | 55.25 | 66.1875 | 67.25 | 54.9844 |
| 4/28/2000 | 68.125 | 71.25 | 71.375 | 66.5 |
| 5/1/2000 | 73.75 | 69.5 | 75.125 | 68.5 |
| 5/2/2000 | 68.125 | 62.375 | 68.625 | 62 |
| 5/3/2000 | 61 | 62.0625 | 65.375 | 58.375 |
| 5/4/2000 | 63.875 | 63.0625 | 64.875 | 61 |
| 5/5/2000 | 62.375 | 65.25 | 65.875 | 62.375 |
| 5/8/2000 | 63.875 | 61.0625 | 64.5625 | 60.75 |
| 5/9/2000 | 62.25 | 56.625 | 62.6875 | 55.875 |
| 5/10/2000 | 55.1875 | 53.375 | 56.4375 | 52.25 |
| 5/11/2000 | 54.375 | 55.625 | 57.4375 | 53.25 |
| 5/12/2000 | 57.4375 | 55.1875 | 58.5 | 53.5 |
| 5/15/2000 | 55.9688 | 60.1875 | 60.75 | 53.25 |
| 5/16/2000 | 63.125 | 64.5 | 65.875 | 61.4375 |
| 5/17/2000 | 62.5625 | 60.0625 | 62.9375 | 59.25 |
| 5/18/2000 | 61.0625 | 56.125 | 61.5 | 56 |
| 5/19/2000 | 54.8125 | 53.125 | 56.25 | 53.0625 |
| 5/22/2000 | 53.5 | 55.875 | 58.625 | 50.0625 |
| 5/23/2000 | 54.7344 | 50.375 | 58.25 | 50.25 |
| 5/24/2000 | 50.375 | 51.5 | 53 | 45.875 |
| 5/25/2000 | 52.75 | 45.4375 | 52.75 | 45.25 |
| 5/26/2000 | 45.6406 | 44.125 | 46.6875 | 43 |
| 5/30/2000 | 46.4375 | 51.4375 | 51.5625 | 46 |
| 5/31/2000 | 49.8125 | 47.8125 | 51.625 | 47.8125 |
| 6/1/2000 | 49.5 | 50.875 | 51.6875 | 49 |
| 6/2/2000 | 55 | 58.5 | 58.625 | 54.5 |
| 6/5/2000 | 56.25 | 60.3125 | 62.25 | 56 |
| 6/6/2000 | 59.5625 | 55.125 | 60.875 | 54.5 |
| 6/7/2000 | 55.1875 | 59.25 | 59.75 | 54.625 |
| 6/8/2000 | 61.5 | 60.4375 | 61.625 | 59.25 |
| 6/9/2000 | 61.75 | 61.0625 | 62.75 | 59.8125 |
| 6/12/2000 | 61.0313 | 56.5 | 61.75 | 56.5 |

| Date | | | | |
|---|---|---|---|---|
| 6/13/2000 | 55.9375 | 56.625 | 57.875 | 53.125 |
| 6/14/2000 | 60.75 | 56 | 61 | 55.75 |
| 6/15/2000 | 56.875 | 54.6875 | 56.875 | 53.875 |
| 6/16/2000 | 55.9375 | 54.5 | 56 | 53.375 |
| 6/19/2000 | 53.25 | 53.875 | 54.9375 | 52 |
| 6/20/2000 | 54.5625 | 55.25 | 57.25 | 54.5 |
| 6/21/2000 | 54.375 | 54.125 | 54.8125 | 53.5 |
| 6/22/2000 | 54.1875 | 51.125 | 54.4375 | 51 |
| 6/23/2000 | 50.625 | 47.625 | 50.6875 | 47.125 |
| 6/26/2000 | 49.25 | 45.25 | 49.3125 | 45.1875 |
| 6/27/2000 | 45.375 | 44.75 | 46.4375 | 44.5625 |
| 6/28/2000 | 46.125 | 49.3125 | 50.6875 | 45.625 |
| 6/29/2000 | 49.0938 | 46.0625 | 49.5 | 46 |
| 6/30/2000 | 46.4375 | 45.8125 | 47.5 | 45 |
| 7/3/2000 | 45.6875 | 46.3125 | 46.5 | 45 |
| 7/5/2000 | 45.5625 | 44.375 | 46 | 44 |
| 7/6/2000 | 44.125 | 44.625 | 44.9375 | 42.75 |
| 7/7/2000 | 43.9375 | 41.25 | 44 | 41.125 |
| 7/10/2000 | 40.75 | 39 | 40.8125 | 38.3125 |
| 7/11/2000 | 38.625 | 36.5 | 38.75 | 36 |
| 7/12/2000 | 40.0625 | 43.4375 | 43.625 | 39.0625 |
| 7/13/2000 | 44.75 | 45.6875 | 46.5 | 43.7969 |
| 7/14/2000 | 47.1875 | 46.6875 | 47.8125 | 46 |
| 7/17/2000 | 47.125 | 49.0625 | 50.25 | 46.75 |
| 7/18/2000 | 47.25 | 45.0625 | 47.8125 | 45 |
| 7/19/2000 | 43.8125 | 43.125 | 44.0625 | 42.5 |
| 7/20/2000 | 43.875 | 45.0625 | 45.75 | 43.75 |
| 7/21/2000 | 44.125 | 41.75 | 44.375 | 41.625 |
| 7/24/2000 | 41.5625 | 38.8125 | 41.625 | 38.25 |
| 7/25/2000 | 39.5 | 39.4375 | 39.625 | 38.5 |
| 7/26/2000 | 39.8125 | 38.875 | 40.4375 | 38 |
| 7/27/2000 | 37.875 | 37.0625 | 38.8125 | 36.8125 |
| 7/28/2000 | 37.4375 | 34.875 | 37.5 | 34.5 |
| 7/31/2000 | 34.9375 | 37.875 | 38 | 33.5625 |
| 8/1/2000 | 37.6875 | 34.5 | 37.75 | 34.375 |
| 8/2/2000 | 35.0625 | 35.1875 | 37.1094 | 34.3125 |
| 8/3/2000 | 34.0625 | 36.25 | 36.75 | 33.125 |
| 8/4/2000 | 37.6875 | 37 | 39.5 | 36.5 |
| 8/7/2000 | 36.75 | 39.125 | 39.3125 | 36.0625 |
| 8/8/2000 | 38.875 | 40.375 | 40.4375 | 38.75 |
| 8/9/2000 | 41.6875 | 36.6875 | 41.6875 | 36.5 |
| 8/10/2000 | 36.4375 | 35.5 | 37.3125 | 35.5 |
| 8/11/2000 | 35.5625 | 36.4375 | 36.875 | 34.5 |
| 8/14/2000 | 36.9688 | 37.75 | 37.75 | 36.0625 |
| 8/15/2000 | 37.6875 | 37.8125 | 38.8125 | 36.875 |
| 8/16/2000 | 38.0313 | 37.4375 | 38.75 | 36.5625 |
| 8/17/2000 | 36.875 | 37.5 | 38.6563 | 36.75 |
| 8/18/2000 | 38.0625 | 37 | 38.75 | 37 |
| 8/21/2000 | 37.0625 | 37.3125 | 38.5 | 36.9375 |
| 8/22/2000 | 37.5625 | 37.75 | 38.4375 | 37.1875 |
| 8/23/2000 | 38.2188 | 43.9375 | 44.375 | 37.75 |
| 8/24/2000 | 43.8125 | 41.4375 | 44.4688 | 40.5 |

| Date | | | | |
|---|---|---|---|---|
| 8/25/2000 | 41.4375 | 40.75 | 42.4844 | 40.5625 |
| 8/28/2000 | 41.25 | 41.375 | 42 | 40.75 |
| 8/29/2000 | 41.375 | 40.625 | 41.75 | 40.5 |
| 8/30/2000 | 40.25 | 45.8125 | 46 | 40.0625 |
| 8/31/2000 | 46.5625 | 44.75 | 46.5625 | 44.25 |
| 9/1/2000 | 46.0625 | 45.8125 | 47.25 | 44.75 |
| 9/5/2000 | 45.6875 | 48.1875 | 49.125 | 44.125 |
| 9/6/2000 | 47.875 | 46.6875 | 48.875 | 45.625 |
| 9/7/2000 | 45.9375 | 43.1875 | 46.25 | 43 |
| 9/8/2000 | 42.4844 | 39.625 | 42.5 | 38.5 |
| 9/11/2000 | 39.3125 | 39.625 | 41.9375 | 38.5625 |
| 9/12/2000 | 40.125 | 40.4375 | 41.875 | 39.625 |
| 9/13/2000 | 39.5625 | 40.875 | 42.25 | 39.125 |
| 9/14/2000 | 41.125 | 40.125 | 42.4375 | 39.8125 |
| 9/15/2000 | 40.5 | 37.75 | 40.75 | 37 |
| 9/18/2000 | 37.8125 | 35.3125 | 37.875 | 34.0625 |
| 9/19/2000 | 36 | 37.5 | 38.6406 | 35.6875 |
| 9/20/2000 | 37.625 | 36.4375 | 37.75 | 35.0625 |
| 9/21/2000 | 35.6094 | 36.4375 | 37.375 | 35.3125 |
| 9/22/2000 | 35.0625 | 36.0625 | 38.5 | 35 |
| 9/25/2000 | 37.25 | 32.875 | 37.375 | 32.625 |
| 9/26/2000 | 33.0625 | 30.4375 | 33.625 | 30 |
| 9/27/2000 | 30.6875 | 26.625 | 30.7344 | 25.25 |
| 9/28/2000 | 26.375 | 29.875 | 30.25 | 25.5938 |
| 9/29/2000 | 29.1875 | 27.9375 | 29.625 | 27.625 |
| 10/2/2000 | 28 | 25.25 | 28.1875 | 25.0313 |
| 10/3/2000 | 25.875 | 23.25 | 26.125 | 23 |
| 10/4/2000 | 22.875 | 24.3125 | 24.8125 | 21.8125 |
| 10/5/2000 | 23.875 | 21.5 | 24.375 | 20.375 |
| 10/6/2000 | 20.9375 | 20.8125 | 22.5 | 18.3125 |
| 10/9/2000 | 21 | 22.125 | 23 | 19 |
| 10/10/2000 | 22.4375 | 21.5625 | 23.5 | 21.3125 |
| 10/11/2000 | 20.0625 | 19.25 | 21.25 | 19 |
| 10/12/2000 | 20 | 18 | 20.5 | 17.75 |
| 10/13/2000 | 17.0625 | 18.6875 | 18.875 | 16.375 |
| 10/16/2000 | 18.25 | 17.4375 | 19.125 | 17.0625 |
| 10/17/2000 | 17.25 | 15.375 | 17.7344 | 15 |
| 10/18/2000 | 14.5625 | 15.4375 | 17 | 12.875 |
| 10/19/2000 | 17.5 | 16.4375 | 17.5 | 15.4375 |
| 10/20/2000 | 16.625 | 17.5 | 18.5 | 16.1875 |
| 10/23/2000 | 17.75 | 17.3125 | 18.5625 | 16.75 |
| 10/24/2000 | 17.75 | 16.25 | 18 | 16.125 |
| 10/25/2000 | 16.75 | 16.6875 | 18 | 16.4375 |
| 10/26/2000 | 17.25 | 17.125 | 17.7188 | 16.625 |
| 10/27/2000 | 17.75 | 16.75 | 18.4375 | 16.25 |
| 10/30/2000 | 16.625 | 16.0625 | 17.25 | 15.6875 |
| 10/31/2000 | 16.3125 | 16.875 | 17.75 | 16 |
| 11/1/2000 | 16.9375 | 20.6875 | 21.25 | 16.875 |
| 11/2/2000 | 21.9375 | 22.5625 | 24.125 | 21.75 |
| 11/3/2000 | 24.0313 | 21.9375 | 24.0313 | 21.6406 |
| 11/6/2000 | 22.5625 | 20.875 | 22.9375 | 20.25 |
| 11/7/2000 | 20.5625 | 23.6875 | 23.8125 | 20.125 |

| Date | | | | |
|---|---|---|---|---|
| 11/8/2000 | 23.875 | 21.8125 | 24.8125 | 21.75 |
| 11/9/2000 | 18 | 17.9375 | 18.875 | 16.8125 |
| 11/10/2000 | 17.3125 | 15.625 | 17.75 | 15.5625 |
| 11/13/2000 | 15 | 14.5 | 16 | 13.8125 |
| 11/14/2000 | 13.875 | 14.8125 | 15 | 13.4375 |