CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on November 19, 2007, I caused a true copy of the

- *Reply Memorandum of Law of Merrill Lynch & Co., Inc. and Merrill, Lynch, Pierce, Fenner & Smith Incorporated in Further Support of Their Motion to Dismiss the Complaint*

to be served upon the following party in the manner indicated:

By Federal Express, overnight delivery

Christopher J. Gray
Law Office of Christopher J. Gray
460 Park Avenue
New York, NY 10022

Marc B. Dorfman
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007

Dated: New York, New York
November 19, 2007

_____
Steven Ray Katzenstein