UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RONALD VENTURA,                                    :          No. 07-CV-6677 (JFK)
                                                   :
         Plaintiff,                               :
                                                   :
        - against-                                :          **NOTICE OF APPEAL**
                                                   :
                                                   :
MERRILL LYNCH & CO., INC., MERRILL                 :
LYNCH, PIERCE, FENNER & SMITH, INC.,               :
and HENRY BLODGET,                                 :
                                                   :
        Defendants.                               :
                                                   :
------------------------------------------------------------X -

TO:   Jay B. Kasner, Esq.
        Scott D. Musoff, Esq.
        Joanne Gaboriault, Esq.
        SKADDEN ARPS SLATE
        MEAGHER & FLOM LLP
        Four Times Square
        New York, NY 10036

        Marc B. Dorfman
        FOLEY & LARDNER, LLP
        300 K Street, N.W.
        Suite 500
        Washington, D.C. 20007

PLEASE TAKE NOTICE that plaintiff Ronald Ventura hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered in the above-referenced matter on May 8, 2008 dismissing the Complaint, and from each and every part thereof.

DATED:   New York, New York
         June 5, 2008

        LAW OFFICE OF
        CHRISTOPHER J. GRAY, P.C.

        By: _____
        Christopher J. Gray (CG 0334)
        460 Park Avenue, 21st Floor
        New York, New York 10022
        (212) 838-3221

        *Attorney for Plaintiff*
        *Ronald Ventura*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RONALD VENTURA,  :  No. 07-CV-6677 (JFK)
        Plaintiff,  :
                                           :  **CERTIFICATE OF**
   - against-  :  **SERVICE**

MERRILL LYNCH & CO., INC., MERRILL  :
LYNCH, PIERCE, FENNER & SMITH, INC.,  :
and HENRY BLODGET,  :

        Defendants.  :
-------------------------------------------------------------X

CHRISTOPHER J. GRAY certifies under penalty of perjury as follows:

I am over eighteen years of age, reside in New York, New York, and am not a party to this action. On the 5TH day of June 2008 I served the foregoing Notice of Appeal upon:

    Scott D Musoff, Esq.
    SKADDEN ARPS SLATE
    MEAGHER & FLOM LLP
    Four Times Square
    New York, New York 10036

    Marc B. Dorfman
    FOLEY & LARDNER, LLP
    300 K Street, N.W.
    Suite 500
    Washington, D.C. 20007

by placing true copies of same in sealed wrappers, postage prepaid, and placing same in a closed receptacle in the exclusive custody of the U.S. Postal Service, within the State of New York.

Dated:    New York, New York
             June 5, 2008

                                                        _____
                                                          CHRISTOPHER J. GRAY