07cv6677 (JFK)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

VENTURA
v.
MERRILL LYNCH

Docket No. 08-2792-cv.

**STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, AND WITH LEAVE TO REACTIVATE**

*FILED AUG 25 2008 — United States Court of Appeals, Second Circuit, Catherine O'Hagan Wolfe, Clerk*

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by _Sept. 19, 2008_. If not thus reactivated, the appeal shall be subject to dismissal with prejudice.

Withdrawal of the appeal from active consideration shall NOT operate as a dismissal of the appeal under FRAP 42(b).

Attorney For Appellant
Christopher J. Gray, P.C.
by: Christopher J. Gray

Attorney For Appellee
Skadden, Arps, Slate, Meagher & Flom LLP
by: Scott D. Musoff

Counsel: Please print name and firm under signature.

SO ORDERED:
FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _Stanley G. Bass_
Stanley A. Bass, Staff Counsel
Aug. 25, 2008

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

**CERTIFIED:** AUG 2 6 2008